IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOEL EDWARD FLOWERS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4280

Opinion filed September 1, 2017.

Petition – Ineffective Assistance of Counsel – Original Jurisdiction.

Joel Edward Flowers, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Anne Conley, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.